No. 357, Misc. SCHWARTZ v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 358, Misc. IN RE FLETCHER. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* filed a brief in opposition for the United States.

No. 360, Misc. HENDRICKSON v. PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner *pro se.* *Richardson Dilworth* for respondent.

No. 361, Misc. HOWLERY v. RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 362, Misc. KEYS v. DAY, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner *pro se.* *Richardson Dilworth* for respondent.

No. 365, Misc. WATKINS v. FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 367, Misc. MOORE v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 368, Misc. LOLLI v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 369, Misc. SELTENRICH v. SIGLER, WARDEN. Supreme Court of Louisiana. Certiorari denied.

No. 394, Misc. NASH v. CITY OF NEW YORK. Court of Appeals of New York and the Appellate Division of the Supreme Court of New York, First Department. Cer-